IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MURRY WEEKS                                                                                           PLAINTIFF

v.                                                                                                    No. 4:06CV50-P-B

DELTA CORRECTIONAL FACILITY, ET AL.                                                                  DEFENDANTS

**FINAL JUDGMENT**
**ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 17, 2006, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party.  The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 17, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice as frivolous, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3. That this case is **CLOSED.**

THIS, the 3rd day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE